UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR FREEMAN, ET AL.,**<br>　　　　Plaintiffs,<br><br>　　v.<br><br>**BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.,**<br>　　　　Defendants. | Case No. 15-cv-00713-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING SCHEDULE, AND REFERRING CASE TO COURT MEDIATION**<br><br>Re: Dkt. No. 19 |

The Court has reviewed the parties' Joint Case Management Statement. (Dkt. No. 19.) The Court **VACATES** the Case Management Conference set for June 15, 2015. The parties' joint proposed schedule (*id*. at 6) is approved, and the Court hereby **SETS** the following deadlines:

| | |
|---|---|
| Plaintiff to file motion for summary judgment | October 6, 2015 |
| Defendants to file opposition thereto | November 3, 2015 |
| Plaintiff to file reply | November 17, 2015 |
| Hearing on motion for summary judgment | December 8, 2015 at 2 p.m. |

The parties' joint request for additional pages (*id*. at 4) in connection with the summary judgment motion is **GRANTED**. The opening brief and opposition brief shall not exceed forty (40) pages and the reply brief shall not exceed twenty (20) pages.

Finally, the parties are hereby **REFERRED** to the ADR Unit for Court Mediation to occur within ninety (90) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 10, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc: ADR Unit