Nicole Hodge Amey, SBN 215157
hodgelaw@gmail.com
PO Box 5100
Oakland, California 94605
Phone: (510) 569-3666
Fax: 866-602-2986

Attorney for Plaintiff J.W., a minor by parent and Guardian ad Litem Tamar Michai Freeman

Jan E. Tomsky, SBN 173131
jtomsky@f3law.com
Kimberly A. Smith, SBN 176659
ksmith@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants Berkeley Unified School District and A. Kay Altizer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J.W. a minor, by parent and Guardian ad Litem TAMAR MICHAI FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT; KAY ALTIZER, in her official capacity, DOES 1-20,<br><br>Defendants. | CASE NO. 15-cv-00713 YGR<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT A. KAY ALTIZER**<br><br>*Filed Concurrently With Stipulation re Dismissal of Defendant A. Kay Altizer With Prejudice* |

/ / /

/ / /

/ / /

1
2   Based on the stipulation of plaintiff J.W., by and through his parent and Guardian ad Litem
3   TAMAR MICHAI FREEMAN ("Plaintiff") and defendants BERKELEY UNIFIED SCHOOL
4   DISTRICT and A. KAY ALTIZER, *erroneously sued as Kay Altizer,* (collectively "Defendants"),
5   and good cause appearing, the Court hereby orders that:
6       The above captioned action be dismissed with prejudice as to defendant A. Kay
7       Altizer only.
8
9   IT IS SO ORDERED.
10
11  DATE: _____July 10, 2015_____    _____
                                       The Honorable Yvonne Gonzalez Rogers
12                                     Judge of the United States District Court
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT A. KAY ALTIZER